IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gerald Oreste, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0630 |
| v. | : | Judge Watson |
| CTL Engineering Inc., LTD, and Unum Group Corporation, d/b/a Unum Life Insurance Company of America, | : | Magistrate Judge Abel |
| | : | |
| Defendants | : | |
| | : | |

## Order Reporting Case Settled

On February 24, 2012, the parties and their counsel participated in a mediation with the Magistrate Judge. During the mediation, the parties reached a settlement. They signed a Statement Memo setting out the essential terms of the settlement. A dismissal entry will be filed within 30 days.

s/Mark R. Abel
United States Magistrate Judge